# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>BENNETT, MARK W. | 2. Court or Organization<br><br>USDC/Northern District of Iowa | 3. Date of Report<br><br>5/15/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

313 United States Courthouse
320 Sixth Street
Sioux City, IA 51101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Wolters Kluwer | $588.15 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AALS | 1.3-1.7 | San Francisco, CA | Annual AALS Meeting | airfare, lodging, meals |
| 2. | Massachusetts Bar | 3.21-3.23 | Boston, MA | Massachusetts Bar Program | airfare, lodging, meals |
| 3. | Rhode Island Courts | 3.23-3.24 | Providence, RI | District Court Conference | airfare, lodging, meals |
| 4. | UNC School of Government | 4.20-4.22 | Asheville, NC | Implicit Bias Training | airfare, lodging, mieals |
| 5. | District Attorneys Office -- Middlesex | 5.16-5.16 | Boston, MA | Implicit Bias Training | airfare, lodging, meals |
| 6. | Federal Public Defender | 5.16-5.18 | Hartford, CO | Division for Public Defender Services Training | airfare, lodging, meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BENNETT, MARK W. | 5/15/2018 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 7. | Minnesota Continuing Legal Education | 5.21.-5.22 | St. Paul, MN | Upper Midwest Employment Law Institute | mileage, lodging, meals |
| 8. | Federal Public Defender | 5.23-5.26 | Salt Lake City, UT | American College of Trial Lawyers CLE | aifare, lodging, meals |
| 9. | Maine Justice Foundation | 10.17-10.19 | Portland, MN | Sidney Wernick Lecture | airfare, lodging, meals |
| 10. | University of Toledo Law School | 910.24-10.27 | Toledo, OH | Lecture Series | airfare, lodging, meals |
| 11. | Administrative Office | 11.2-11.4 | East St. Louis, IL | CJA Panel Training | airfare, lodging, meals |
| 12. | Administrative Office | 11.6-11.9 | Albuquerque/Las Cruces, NM | Implicit Bias Training | airfare, lodging, meals |
| 13. | IAJ | 11.10 | Des Moines, IA | IAJ Annual Convention | mileage, meals |
| 14. | Minnesota State Courts | 12.5-12.7 | Bloomington, MN | 2017 Annual Confernece of Judges | mileage, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Non-IRA (Fidelity) | | | | | | | | | |
| 2. ANTX | | None | J | T | | | | | |
| 3. Berkshire Hathaway | | None | J | T | | | | | |
| 4. Compass BK Birmingham | | None | K | T | Buy | 08/16/17 | K | | |
| 5. First Eagle Global Class C * | | None | | | | | | | |
| 6. Hennessey Focus Fund** | | None | | | | | | | |
| 7. Surebeam Corp. | | None | J | T | | | | | |
| 8. Vanguard Index FDS formerly Vanguard Growth ETF (VUG) *** | | None | | | | | | | |
| 9. | | | | | | | | | |
| 10. Rollover IRA (Fidelity) | | | | | | | | | |
| 11. Apple, Inc. | A | Dividend | | | Sold (part) | 02/23/17 | J | C | |
| 12. | | | | | Sold (part) | 03/17/17 | J | B | |
| 13. | | | | | Sold (part) | 06/13/17 | J | B | |
| 14. | | | | | Sold | 07/28/17 | J | A | |
| 15. Chipolte **** | | None | | | Sold (part) | 03/31/17 | J | C | |
| 16. | | | | | Sold (part) | 04/18/17 | J | B | |
| 17. | | | | | Sold (part) | 04/24/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 19. | | | | | Buy (add'l) | 11/21/17 | J | | |
| 20. | | | | | Sold (part) | 12/04/17 | J | C | |
| 21. Fidelity Cash Reserves | | None | K | T | | | | | |
| 22. Fidelity Contra Fund | | None | K | T | Buy | 06/13/17 | J | | |
| 23. | | | | | Buy (add'l) | 06/19/17 | J | | |
| 24. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 25. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 26. | | | | | Sold (part) | 12/08/17 | J | C | |
| 27. First Eagle Global Class C | | None | J | T | | | | | |
| 28. Ishares Russell 1000 | A | Dividend | J | T | Buy | 04/26/17 | J | | |
| 29. Ishares Trust Ishares Core High Dividend ***** | | None | | | Sold | 04/27/17 | J | C | |
| 30. Ishares Tr US Regnl | A | Dividend | | | Sold (part) | 11/22/17 | J | C | |
| 31. | | | | | Sold | 11/30/17 | J | C | |
| 32. Kraneshares TR CSI China Internet | A | Dividend | J | T | Buy | 08/30/17 | J | | |
| 33. | | | | | Buy (add'l) | 11/21/17 | J | | |
| 34. Matthews China Fund | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Matthews Pacific Tiger Fund | A | Dividend | J | T | Sold (part) | 04/05/17 | J | C | |
| 36. | | | | | Sold (part) | 04/18/17 | J | C | |
| 37. Oppenheimer Int'l | A | Dividend | J | T | | | | | |
| 38. Powershares SPHD - ETF | A | Dividend | J | T | Sold (part) | 09/08/17 | J | D | |
| 39. Proshares Trust Decline Retail Store | | None | J | T | Buy | 11/30/17 | J | | |
| 40. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 41. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 42. Schwab Strategic TR US | A | Dividend | | | Sold | 07/28/17 | J | D | |
| 43. SPDR S& P Dividend ETF (SDY) | A | Dividend | J | T | Sold (part) | 02/23/17 | J | D | |
| 44. | | | | | Sold (part) | 04/18/17 | J | D | |
| 45. U S Silica Hldgs Inc | A | Dividend | J | T | Buy | 03/24/17 | J | | |
| 46. | | | | | Buy (add'l) | 04/24/17 | J | | |
| 47. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 48. | | | | | Sold (part) | 05/19/17 | J | C | |
| 49. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 50. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 51. | | | | | Buy (add'l) | 08/15/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 08/30/17 | J | C | |
| 53. | | | | | Sold (part) | 09/06/17 | J | C | |
| 54. | | | | | Sold (part) | 10/04/17 | J | B | |
| 55. | | | | | Sold (part) | 10/04/17 | J | B | |
| 56. Vaneck Vectors ETF TR Vietnam ETF (VNM) | A | Dividend | J | T | Buy (add'l) | 11/28/17 | J | | |
| 57. | | | | | Buy (add'l) | 11/28/17 | J | | |
| 58. Vanguard Admiral FDS Inc S&P Midcap (IVOG) | | None | J | T | Sold (part) | 08/01/17 | J | B | |
| 59. Vanguard Admiral FDS Inc. S&P Small Cap (VIOO) | A | Dividend | J | T | Open | 01/11/17 | J | | |
| 60. Vanguard Health Care Investor | A | Dividend | J | T | | | | | |
| 61. Vanguard S&P 500 Growth ETF | A | Dividend | K | T | Buy | 02/09/17 | J | | |
| 62. Wasatch Core Growth | | None | J | T | | | | | |
| 63. Weibo Corp. | | None | J | T | Buy | 07/28/17 | J | | |
| 64. | | | | | Buy (add'l) | 07/28/17 | J | | |
| 65. | | | | | | | | | |
| 66. Roth IRA (Fidelity) | | | | | | | | | |
| 67. Apple, Inc. | A | Dividend | J | T | Sold (part) | 03/28/17 | J | B | |
| 68. Ishares S&P 500 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Powershares FD TR II (SPHD) | A | Dividend | J | T | | | | | |
| 70. SPAXX | A | Dividend | K | T | | | | | |
| 71. SPDR S&P Dividend ETF (SDY) | A | Dividend | J | T | | | | | |
| 72. U S Silica Hldgs Inc. Com | A | Dividend | J | T | Buy | 04/05/17 | J | | |
| 73. | | | | | Sold (part) | 11/10/17 | J | B | |
| 74. Vanguard Admiral FDS, Inc. | A | Dividend | J | T | | | | | |
| 75. Vanguard Health Care Investor | A | Dividend | J | T | | | | | |
| 76. Wasatch Core Growth | | None | J | T | | | | | |
| 77. | | | | | | | | | |
| 78. Miscellaneous Holdings | | | | | | | | | |
| 79. Iowa College Savings Account # | | None | J | T | | | | | |
| 80. Iowa College Savings Account | | None | J | T | | | | | |
| 81. | | | | | | | | | |
| 82. CKG ACCT; Fidelity, Boston MA | A | Interest | L | T | | | | | |
| 83. Wells Fargo Checking Account | A | Interest | J | T | | | | | |
| 84. Iowa/Nebraska State Bank Checking Account | A | Interest | K | T | | | | | |
| 85. REINSURANCE AGREEMT; 1st Colony Life Ins. Co. | | None | N | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. IRA Fidelity | | | | | | | | | |
| 88. Ally BK Midvale Utah CD | | None | K | T | Buy | 07/18/17 | K | | |
| 89. American Century Mid Cap | A | Dividend | J | T | | | | | |
| 90. Bank of China New York City BR CD 06426WNJ7 | | None | K | T | Buy | 07/18/17 | K | | |
| 91. Berkshire Hathaway Inc DEL CL B | | None | K | T | Sold (part) | 02/23/17 | J | D | |
| 92. BMW BK North Amer Salt Lake CD | | None | K | T | Buy | 07/18/17 | K | | |
| 93. Comenity Cap BK Utah CD | | None | K | T | Buy | 07/24/17 | K | | |
| 94. Compass BK Birmingham ALA CD | | None | K | T | Buy | 08/16/17 | K | | |
| 95. Fidelity Cash Reserves | A | Dividend | K | T | | | | | |
| 96. Fidelity Contrafund | | None | K | T | Buy | 04/27/17 | J | | |
| 97. | | | | | Sold (part) | 08/15/17 | J | D | |
| 98. | | | | | Buy (add'l) | 10/23/17 | K | | |
| 99. Fidelity Select Energy | A | Dividend | J | T | | | | | |
| 100. Fidelity Select Heath Care | | None | J | T | Buy | 08/28/17 | J | | |
| 101. Fidelity Select Pharmaceutical | A | Dividend | | | Sold | 11/20/17 | J | D | |
| 102. Fidelity 500 Index | A | Dividend | J | T | Sold (part) | 08/15/17 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. First Eagle Global Class 1 | | None | J | T | Sold (part) | 06/15/17 | J | C | |
| 104. First Eagle Global Class C | | None | | | Sold (part) | 06/13/17 | M | D | |
| 105. | | | | | Sold | 10/02/17 | J | D | |
| 106. Ishares S&P 500 Growth | A | Dividend | J | T | | | | | |
| 107. Ishares TR US Oil | A | Dividend | J | T | | | | | |
| 108. Ishares TR US Regnal | A | Dividend | J | T | Sold (part) | 05/15/17 | M | D | |
| 109. | | | | | Sold (part) | 08/15/17 | L | C | |
| 110. IVA Worldwide Fund | | None | | | Sold | 10/02/17 | J | D | |
| 111. Kraneshares TR CSI China | | None | J | T | Buy | 11/21/17 | J | | |
| 112. | | | | | Buy (add'l) | 08/30/17 | J | | |
| 113. | | | | | Buy (add'l) | 11/21/17 | J | | |
| 114. Matthews Asia Small Companies (MSMLX) | A | Dividend | J | T | | | | | |
| 115. Matthews China Fund | | None | J | T | Buy (add'l) | 10/23/17 | K | | |
| 116. Matthews Pacific Tiger Fund | A | Dividend | J | T | | | | | |
| 117. Oppenheimer Int'l Sml Mid Co. | A | Dividend | K | T | Buy (add'l) | 10/23/17 | J | | |
| 118. Powershares FD TR II (SPHD) | A | Dividend | J | T | Sold (part) | 02/23/17 | J | D | |
| 119. | | | | | Sold (part) | 08/15/17 | J | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Proshares Trust Ultrapro Short | | None | | | Sold | 04/27/17 | J | C | |
| 121. Robeco Boston Prtners | | None | | | Sold (part) | 07/27/17 | J | D | |
| 122. | | | | | Sold | 11/20/17 | K | D | |
| 123. Schwab Strategic TR | A | Dividend | | | Sold | 08/16/17 | J | D | |
| 124. Source Cap Inc Com | A | Dividend | J | T | Buy | 08/25/17 | J | | |
| 125. SPDR S&P Dividend ETF (SDY) | A | Dividend | J | T | Sold (part) | 03/08/17 | J | D | |
| 126. | | | | | Sold (part) | 05/15/17 | M | C | |
| 127. | | | | | Sold (part) | 06/15/17 | M | D | |
| 128. Third Fed Svgs & Ln Assn of CD | | None | K | T | Buy | 07/25/17 | K | | |
| 129. Thornburg Investment Income Builder | A | Dividend | | | Sold | 04/27/17 | J | D | |
| 130. Vaneck Vectors ETF TR Africa Index | | None | | | Sold | 08/29/17 | J | C | |
| 131. Vaneck Vectors ETF TR India Small Cap | | None | J | T | Buy | 11/21/17 | J | | |
| 132. | | | | | Buy (add'l) | 11/21/17 | J | | |
| 133. Vaneck Vectors ETF TR Vietnam | | None | J | T | Buy | 11/27/17 | J | | |
| 134. | | | | | Buy (add'l) | 08/29/17 | K | | |
| 135. | | | | | Buy (add'l) | 11/27/17 | J | | |
| 136. Vanguard Admiral FDS Inc S&P Mid Cap 400 (IVOG) ## | | | | | Sold (part) | 02/23/17 | J | F | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,000 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 03/08/17 | M | D | |
| 138. | | | | | Sold | 08/28/17 | J | D | |
| 139. Vanguard Admiral FDS Inc S&P Small Cap 6 (VIOO) | | None | | | Sold (part) | 02/23/17 | K | D | |
| 140. | | | | | Sold | 06/13/17 | J | D | |
| 141. Vanguard Dividend Growth Investor | A | Dividend | J | T | Sold (part) | 03/08/17 | K | D | |
| 142. Vanguard Group Div App ETF ### | A | Dividend | J | T | | | | | |
| 143. Vanguard High Dividend | A | Dividend | J | T | | | | | |
| 144. Vanguard Inflation | A | Dividend | J | T | | | | | |
| 145. Vanguard International Growth | A | Dividend | K | T | | | | | |
| 146. Vanguard S&P 500 | A | Dividend | K | T | | | | | |
| 147. Vanguard Specialized Portfolios #### | | None | | | | | | | |
| 148. Vanguard Whitehall | A | Dividend | J | T | | | | | |
| 149. Wasatch Core Growth | | None | J | T | | | | | |
| 150. Wasatch Emerging India Fund | | None | J | T | Buy | 07/27/17 | J | | |
| 151. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 152. Wasatch Frontier Emerging Small Co's ##### | | None | | | | | | | |
| 153. Wasatch International Growth | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

* Line 5, First Eagle Global Class C. This was completely sold in 2016, but erroenously left on the report.

** Line 6, Hennessy Focus Fund. This was completely sold in 2016, but erroneously left on the report.

*** Line 8, Vanguard Index FDS . This was completely sold in 2016, but erroneously left on the report.

**** Line 15. Chipolte. This was erroneously reported as completey sold in 2016.

***** Line 29. Ishares Trust Ishares Core High Dividend. This was purchased in 2016, and erroneously left off the rerport

# Lines 79 & 80, Iowa College Savings Plans. Both are Aggressive Growth, no control

## Lines 136 & 139. In 2016, Vanguard Admiral should have been specified as (1) Vanguard Admiral FDS Inc S&P Small Cap (VIOO) and (2) Vanguard Admiral FDS Inc S&P Mid Cap (IVOG). IVOG was erroneoulsy left off of the 2016 report.

### Line 142, Vanguard Group Div App. This was purchased in 2015, but erroneously left off the last two reports.

#### Line 147, Vanguard Specialized Portfolios is a general term for many specific Vangaurd investments - which are set out individually in this report.

##### Line 151, Wasatch Frontier Emerging Small Co's is a general term for many specific Wasatch invetstments -- which are set out indivdually in this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARK W. BENNETT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544